IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 13-14246-CIV-MARTINEZ/LYNCH

JOHN RAE, *et al.*

    Plaintiffs,

v.

GINN DEVELOPMENT COMPANY, LLC, *et al.*,

    Defendants.

_____/

**DEFENDANT GINN DEVELOPMENT COMPANY, LLC'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Defendant Ginn Development Company, LLC ("GDC"), pursuant to this Court's June 21, 2013 Order (Dkt. 3), files its Certificate of Interested Parties and Corporate Disclosure Statement, stating as follows:

1.    GDC identifies the following persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to GDC:

    a. The Ginn Companies, LLC;
    b. Edward R. Ginn, III Irrevocable Trust, dated Dec. 20, 2005 – Defendant;
    c. L-A GDC Investors, LLC;
    d. Ginn Title Services, LLC – Defendant;
    e. Ginn Sports Entertainment, LLC;
    f. Ginn Marine Services, LLC;
    g. GF Holdings, LLC;
    h. Ginn Construction Company LLC;
    i. Ginn Financial Services, LLC;
    j. Ginn Development International, LLC;
    k. Ginn Real Estate Company, LLC;
    l. Ginn Golf, LLC;
    m. Ginn Hospitality, LLC;
    n. Ginn Lifestyles Group, LLC;
    o. Ginn One Club, LLC;

    p. Ginn Purchasing Group, LLC;
    q. Hammock Beach Discovery Center, LLC;
    r. Battle Development Manager, Inc.;
    s. GDC Grand Bahama Development, Limited;
    t. Morris, Manning & Martin, LLP - Counsel for GDC;
    u. Kunin, Lawrence H. – Counsel for GDC;
    v. Alpert, Robert P. – Counsel for GDC;
    w. Lowther, Patrick L. – Counsel for GDC; and
    x. All persons and entities identified in the certificates of interested parties and corporate disclosure statements filed by Plaintiffs and any other Defendant in this case.

Dated: July 17, 2013        Respectfully submitted,

**MORRIS, MANNING & MARTIN, LLP**

/s/ Lawrence H. Kunin
Lawrence H. Kunin, Esq.
Florida Bar No. 050210
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532
E-mail: lhk@mmmlaw.com

*Attorneys for Ginn Development Company, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2013, the foregoing was filed electronically via the CM/ECF system, which will automatically send e-mail notification to the following attorneys of record:

Kenneth G. Gilman
Gilman Law LLP
3301 Bonita Beach Rd., Suite 307
Bonita Springs, FL 34134
Telephone: (239) 221-8301
Facsimile: (239) 676-8224
E-mail: kgilman@gilmanpastor.com
*Attorneys for Plaintiffs*

                                        /s/ Lawrence H. Kunin
                                        Lawrence H. Kunin, Esq.
                                        Florida Bar No. 050210