IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 13-14246-CIV-MARTINEZ/LYNCH

JOHN RAE, *et al.*

    Plaintiffs,

v.

GINN DEVELOPMENT COMPANY, LLC, *et al.*,

    Defendants.

_____/

**LUBERT-ADLER'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant Lubert-Adler[1], pursuant to this Court's June 21, 2013 Order [D.E. No. 3], files its Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

Lubert-Adler identifies the following persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to Lubert-Adler:

**Plaintiffs**

    John Rae
    Ronald Taylor

**Defendants**

    Ginn Development Company, LLC
    Edward R. Ginn, III
    Edward R. Ginn, III Revocable Trust
    Ginn Title Services, LLC
    A&G Enterprises of South Carolina, LLC

---

[1] "Lubert-Adler" refers to Defendants Lubert-Adler Management Company, L.P. d/b/a Lubert-Adler Partners, L.P.; Dean Adler; Ira Lubert; and Neill Faucett.

5129853-1

2

    Dean Adler
    Ira Lubert
    ERG Enterprises, L.P.
    Lubert-Adler Management Co., L.P. d/b/a Lubert-Adler Partners L.P.
    Neill Faucett

    Lubert-Adler Management GP, LLC is the general partner of Lubert-Adler Management Company, L.P.

    The Lubert-Adler entities are not publicly traded, and no publicly traded entity has a 10% or greater ownership interest in any of them.

**All persons and legal entities identified in any other party's Certificate of Interested Persons and Corporate Disclosure Statement**

Dated: August 5, 2013        Respectfully submitted,

           **BERGER SINGERMAN LLP**

           */s/ Paul A. Avron*
           Paul A. Avron, Esq.
           2650 North Military Trail, Ste. 240
           Boca Raton, FL 33431
           Telephone: (561) 241-9500
           Facsimile: (561) 998-0028
           E-mail: PAvron@bergersingerman.com
           and
           Ilyse M. Homer, Esq.
           1450 Brickell Avenue, Ste. 1900
           Miami, FL 33131
           Telephone: (305) 755-9500
           Facsimile: (305) 714-4340
           E-mail: IHomer@bergersingerman.com

           *Attorneys for Lubert-Adler Management Company, L.P.*
           *d/b/a Lubert-Adler Partners, L.P., Dean Adler, Ira*
           *Lubert, and Neill Faucett*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2013, the foregoing was filed electronically via the CM/ECF system, which will automatically send e-mail notification to the following attorneys of record:

Kenneth G. Gilman
Gilman Law LLP
3301 Bonita Beach Rd., Suite 307
Bonita Springs, FL 34134
Telephone: (239) 221-8301
Facsimile: (239) 676-8224
E-mail: kgilman@gilmanpastor.com
*Attorneys for Plaintiffs*

Lawrence Hugh Kunin
Morris Manning & Martin
Atlanta Financial Center
3343 Peachtree Road NE
Suite 1600
Atlanta, GA 30326
Telephone: (404) 233-7000
Facsimile: (365) 9532
Email: lhk@mmmlaw.com
*Attorneys for Defendant Ginn Development Company, LLC*

                                                  */s/ Paul A. Avron*
                                                  Paul A. Avron