IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 13-14246-CIV-MARTINEZ/LYNCH

JOHN RAE, *et al.*

    Plaintiffs,

v.

GINN DEVELOPMENT COMPANY, LLC, *et al.*,

    Defendants.
_____/

## THE GINN DEFENDANTS' NOTICE OF SIMILAR ACTIONS

Defendants Ginn Development Company, LLC, Edward R. Ginn, III, Edward R. Ginn III Revocable Trust, Ginn Title Services, LLC, A&G Enterprises of South Carolina, LLC, and ERG Enterprises, L.P. (collectively, the "Ginn Defendants"), pursuant to Local Rule 3.8, hereby state as follows:

As counsel for the Ginn Defendants, I hereby certify, pending further investigation, that the above-captioned action is potentially similar to the following actions pending in the United States District Court for the Middle District of Florida, and the state courts of Florida, South Carolina, and New York:

1. *Lawrie, et al. v. The Ginn Companies, LLC, et al.*, United States District Court, Middle District of Florida, Jacksonville Division, Civil Action No. 3:09-CV-446;

2. *Demsheck et al. v. Ginn Development Company, LLC, et al.*, United States District Court, Middle District of Florida, Jacksonville Division, Civil Action No. 3:09-cv-00335;

3. *Chris Godkin, et al., v. Ginn Bella Collina Golf LLC, et al.*, Circuit Court, Fifth Judicial Circuit, Lake County, Fla., Civil Action No. 11CA1549;

4. *Fifth Third Bank v. Prsa et al.*, United States District Court, Middle District of Florida, Orlando Division, Case No. 6:08-CV-1365;

5. *Wiener et al. v. Ginn-LA Wilderness Ltd., LLLP et al.*, Circuit Court, Ninth Judicial Circuit, St. Lucie County, Florida, Case No. 56-2008-CA-8099;

6. *Migyanka et al. v. Ginn-LA Wilderness Ltd., LLLP et al.*, Circuit Court, Nineteenth Judicial Circuit, St. Lucie County, Florida, Case No. 56-2008-CA-009388;

7. *Baker et al. v. Ginn-LA Hammock Beach, LLLP et al.*, Circuit Court, Seventh Judicial Circuit, Flagler County, Florida, Case No. 2008-CA-002738;

8. *Baldinger et al. v. Ginn-LA Pine Island Ltd., LLLP et al.,* Circuit Court, Fifth Judicial Circuit, Lake County, Florida, Case No. 08-CA-5524;

9. *Berger et al. v. Ginn-LA St. Lucie Ltd., LLLP et al.*, Circuit Court, Nineteenth Judicial Circuit, St. Lucie County, Florida, Case No. 2008-CA-010438;

10. *Marc H. Baldinger Family L.P. et al. v. Ginn-LA Wilderness Ltd., LLLP et al.*, Circuit Court, Nineteenth Judicial Circuit, St. Lucie County, Florida, Case No. 2008-CA-010425;

11. *Abrahamsen et al. v. Ginn-LA Quail West Ltd., LLLP et al.*, Circuit Court, Twentieth Judicial Circuit, Lee County, Florida, Case No. 08-CA-026132;

12. *Adley et al. v. Ginn-LA Pine Island Ltd., LLLP et al.*, Circuit Court, Fifth Judicial Circuit, Lake County, Florida, Case No. 08-CA-5708;

13. *Renick et al. v. Ginn-LA Orlando Ltd., LLLP et al.*, Circuit Court, Ninth Judicial Circuit, Osceola County, Florida, Case No. 08-CA-11606;

14. *Heffernan et al. v. Ginn-LA Orlando Ltd., LLLP et al.*, Circuit Court, Ninth Judicial Circuit, Osceola County, Florida, Case No. 08-CA-11608;

15. *Arginsky et al. v. Ginn-LA Pine Island Ltd., LLLP et al.*, Circuit Court, Fifth Judicial Circuit, Lake County, Florida, Case No. 09-CA-66;

16. *Picarde et al. v. Ginn-LA University Club Ltd., LLLP et al.*, Court of Common Pleas, Richland County, South Carolina, Case No. 2013-CP-40-5201;

17. *Ambler et al. v. Ginn-LA Pine Island Ltd., LLLP et al.,* Circuit Court, Fifth Judicial Circuit, Lake County, Florida, Case No. 2010-CA-002168;

18. *Bahamas Sales Assoc., LLC v. Byers,* United States District Court, Middle District of Florida, Jacksonville Division, Case No. 3:08-CV-1012*;*

19. *Webb et al. v. Ginn Financial Services et al.*, United States District Court, Middle District of Florida, Jacksonville Division, Case No. 3:09-CV-00516, consolidated for purposes of discovery and pretrial matters as Case No. 3:08-cv-1012;

20. *Bahamas Sales Assoc., LLC v. Willis*, United States District Court, Middle District of Florida, Jacksonville Division, Case No. 3:08-CV-1062, consolidated for purposes of discovery and pretrial matters as Case No. 3:08-cv-1012;

21. *Bailey et al. v. ERG Enterprises, LP et al.*, United States District Court, Middle District of Florida, Jacksonville Division, Case No. 3:10-CV-00422, consolidated for purposes of discovery and pretrial matters as Case No. 3:08-cv-1012;

22. *Taliaferro et al. v. ERG Enterprises, LP et al.*, United States District Court, Middle District of Florida, Jacksonville Division, Case No. 3:11-CV-00199, consolidated for purposes of discovery and pretrial matters as Case No. 3:08-cv-1012;

23. *Taglia, et al. v. ERG Enterprises, L.G., et al.*, United States District Court, Middle District of Florida, Jacksonville Division, Case No. 3:12-cv-00731, consolidated for purposes of discovery and pretrial matters as Case No. 3:08-cv-1012.

24. *Kanyuk et al. v. The Ginn Companies, LLC et al.*, Circuit Court of the Nineteenth Judicial Circuit, St. Lucie County, Florida, Case No. 56-2009-CA-007054;

25. *Wiener et al. v. Reunion Grande, LLC et al.*, Ninth Judicial Circuit, Osceola County, Florida, Case No. 2010-CA-6432;

26. *Billington v. Ginn-LA Pine Island Ltd., LLLP et al.*, Circuit Court, Fifth Judicial Circuit, Lake County, Florida, Case No. 2010-CA-005024;

27. *Rupert et al. v. Herlitz et al.*, Circuit Court, Fifth Judicial Circuit, Lake County, Florida, Case No. 10-CA-2352;

28. *Jorge et al. v. Ginn Real Estate Company, LLC et al.*, Ninth Judicial Circuit, Osceola County, Florida, Case No. 48-2007-CA-001440;

29. *Galin et al. v. The Bella Collina Club, LLC et al.*, Fifth Judicial Circuit, Lake County, Florida, Case No. 2010-CA-004298;

30. *Irvine et al. v. Ginn Development Company, LLC et al.*, Fifth Judicial Circuit, Lake County, Florida, Case No. 2010-CA-004553;

31. *JHM Investments, LLC et al. v. Ginn Development Company, LLC et al.*, Fifth Judicial Circuit, Lake County, Florida, Case No. 2010-CA-004554;

32. *Stoltz v. Ginn Development Company, LLC et al.*, Fifth Judicial Circuit, Lake County, Florida, Case No. 2010-CA-004555;

33. *The Club at Hammock Beach, LLC v. Densmore et al.*, Circuit Court, Seventh Judicial Circuit, Flagler County, Florida, Case No. 2010-CC-002082;

34. *The Club at Hammock Beach, LLC v. Rabito*, Circuit Court, Seventh Judicial Circuit, Flagler County, Florida, Case No. 2010-CC-000169;

35. *The Club at Hammock Beach, LLC v. Moukios et al.*, Circuit Court, Seventh Judicial Circuit, Flagler County, Florida, Case No. 2010-CC-001082;

36. *Moukios et al. v. Ginn Development Company, LLC et al.*, Circuit Court, Twentieth Judicial Circuit, Collier County, Florida, Case No. 10-CA-005712;

37. *Palatine et al. v. The Ginn Company, LLC, et al.*, Ninth Judicial Circuit, Osceola County, Florida, Case No. 2010-CA-007291-OC;

38. *Abbo et al. v. Ginn Real Estate Company, LLC, et al.*, Nineteenth Judicial Circuit, St. Lucie County, Florida, Case No. 562008-CA-000830;

39. *Fresonke et al. v. Bahamas Sales Associate, LLC*, Circuit Court, Seventh Judicial Circuit, Flagler County, Florida, Case No. 2011-CA-000394;

40. *The Reunion Club of Orlando, LLC v. Gupta*, Supreme Court, Nassau County, NY, Index No. 2848/10;

41. *Wachovia Bank, NA v. Sable*, Fifth Judicial Circuit, Lake County, Florida, Case No. 09-CV-4144; and

Respectfully submitted this 29th day of October, 2013.

**MORRIS, MANNING & MARTIN, LLP**

/s/ Lawrence H. Kunin
Lawrence H. Kunin, Esq.
Florida Bar No. 050210
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532
E-mail: lhk@mmmlaw.com

*Attorneys for Defendants Ginn Development Company, LLC, Edward R. Ginn, III, Edward R. Ginn III Revocable Trust, Ginn Title Services, LLC, A&G Enterprises of South Carolina, LLC, and ERG Enterprises, L.P.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2013, the foregoing was filed electronically via the CM/ECF system, which will automatically send e-mail notification to the following attorneys of record:

Kenneth G. Gilman
GILMAN LAW LLP
3301 Bonita Beach Rd., Suite 202
Bonita Springs, FL 34134
Telephone: (239) 221-8301
Facsimile: (239) 676-8224
E-mail: kgilman@gilmanpastor.com

*Attorneys for Plaintiffs*

Paul A. Avron
BERGER SINGERMAN LLP
2650 North Military Trail, Ste. 240
Boca Raton, FL 33431
Telephone: (561) 241-9500
Facsimile: (561) 998-0028
E-mail: pavron@bergersingerman.com

Ilyse M. Homer
BERGER SINGERMAN LLP
1450 Brickell Ave., Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
E-mail: ihomer@bergersingerman.com

*Attorneys for Dean Adler, Ira Lubert,*
*Lubert-Adler Management Co., L.P.,*
*Lubert-Adler Partners, LP, and Neill Faucett*

      /s/ Lawrence H. Kunin
      Lawrence H. Kunin, Esq.
      Florida Bar No. 050210