UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN RAE and RONALD TAYLOR,

    Plaintiffs,

v.          Case No: 3:14-cv-208-J-32JBT

GINN DEVELOPMENT COMPANY LLC, GINN TITLE SERVICES LLC, EDWARD R GINN, III, A&G ENTERPRISES OF SOUTH CAROLINA, LLC, DEAN ADLER, IRA LUBERT, LUBERT-ADLER MANAGEMENT CO., L.P., and LUBERT-ADLER PARTNERS, L.P.,

    Defendants.

## **O R D E R**

Plaintiffs filed an unopposed motion to continue the January 20, 2015 hearing on Defendants' motions to dismiss. (Doc. 96). Defendants have filed a motion to stay discovery pending a hearing on the motions to dismiss. (Doc. 95).

Upon consideration of the motions, it is hereby

**ORDERED:**

1. Plaintiffs' Unopposed Motion to Continue Hearing (Doc. 96) is **GRANTED**. The January 20, 2015 hearing is **CANCELLED** to be reset by further Order. The parties should inform the Court when the hearing should be rescheduled.

2. Defendants' Renewed Motion to Stay Discovery (Doc. 95) is **GRANTED** insofar as discovery is temporarily stayed until the Court holds a hearing on the pending motions to dismiss.

3. The Clerk should administratively close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 9th day of January, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

w.
Copies to:

Counsel of record