IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:14-cv-208-J-32JBT

JOHN RAE and RONALD TAYLOR

    Plaintiffs,

vs.

GINN DEVELOPMENT COMPANY
LLC, GINN TITLE SERVICES LLC,
EDWARD R. GINN, III, A&G
ENTERPRISES OF SOUTH CAROLINA,
LLC, DEAN ADLER, IRA LUBERT,
and LUBERT-ADLER MANAGEMENT
CO., L.P.,

    Defendants.
_____/

## MEDIATION REPORT

A mediation conference was held on the 14th day of July, 2015, and the results of that conference are indicated below:

(a)    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    __✓__    All individual parties and their respective trial counsel.

    _____    Designated corporate representatives.

    _____    Required claims professionals.

    (b)    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

_____

_____

    (c)    The outcome of the mediation conference was:

    ✓    <u>The case was completely settled.</u>  In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

    _____    <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days.  The following issues remain for this Court to resolve:

_____

_____

_____

_____

    _____    <u>The conference was continued</u> with the consent of all parties and counsel.

    _____    <u>The parties have reached an impasse.</u>

Dated this 15th day of July, 2015.

                              Terrence M. White, Mediator
                              Upchurch Watson White & Max
                              125 South Palmetto Avenue
                              Daytona Beach, FL 32114
                              386-253-1560 / 386-255-7722