# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

### Case No. 3:14-CV00208-TJC-JBT

JOHN RAE, *et al.*

    Plaintiffs,

v.

GINN DEVELOPMENT COMPANY, LLC, *et al.*,

    Defendants.

_____/

## **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs John Rae and Ronald Taylor, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby dismiss all claims and parties in the above-captioned action with prejudice, with each party to bear its own fees and costs.

Respectfully submitted this 20th day of November, 2015.

                                           */s/ Kenneth G. Gilman*
                                           Kenneth G. Gilman
                                           Florida Bar Number 340758
                                           GILMAN LAW LLP
                                           8951 Bonita Beach Rd., SE,
                                           Suite 525
                                           Bonita Springs, FL 34135
                                           (239) 221-8301
                                           *kgilman@gilmanlawllp.com*
                                           *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2015, the foregoing was filed electronically via the CM/ECF system, which will automatically send e-mail notification to all attorneys of record.

*/s/ Kenneth G. Gilman*
Kenneth G. Gilman
Florida Bar Number 340758