UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN RAE and RONALD TAYLOR,

    Plaintiffs,

v.                                      Case No. 3:14-cv-208-J-32JBT

GINN DEVELOPMENT COMPANY
LLC, GINN TITLE SERVICES LLC,
EDWARD R GINN, III, A&G
ENTERPRISES OF SOUTH
CAROLINA, LLC, DEAN ADLER,
IRA LUBERT, LUBERT-ADLER
MANAGEMENT CO., L.P., and
LUBERT-ADLER PARTNERS, L.P.,

    Defendants.

## **O R D E R**

Upon review of Plaintiffs' Notice of Voluntary Dismissal with Prejudice (Doc. 116), filed on November 20, 2015, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of November, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

ab
Copies:
Counsel of record